with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

YETTA KRITZER, as Administratrix, etc., v. THE CHLORAL CHEMICAL CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

CHEMICAL BANK AND TRUST COMPANY, as Trustee, etc., v. VICTORIA FORREST REYNAUD and Others, Impleaded, etc. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for an extension of time to serve and file the records on appeals from the judgments entered in this action and in action No. 2 granted in so far as to extend defendants, appellants' time to serve and file said records on appeal until thirty days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JULIUS H. BARNES to Vacate a Subpœna, etc., Requiring Said JULIUS H. BARNES to Testify and Give Evidence on Behalf of COLUMBIA CASUALTY COMPANY in a Certain Action Pending in the Court of Common Pleas of Ohio, Entitled STATE OF OHIO, on the Relation of I. J. FULTON, as Superintendent of Banks, etc., v. COLUMBIA CASUALTY COMPANY. HOWARD F. EVANS and Others. In the Matter of the Application of FRANK COHEN to Vacate a Subpœna, etc., Requiring Said FRANK COHEN to Testify and Give Evidence on Behalf of COLUMBIA CASUALTY COMPANY in a Certain Action Pending in the Court of Common Pleas of Ohio, Entitled STATE OF OHIO, on the Relation of I. J. FULTON, as Superintendent of Banks, etc., v. COLUMBIA CASUALTY COMPANY. HOWARD F. EVANS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JEROME WILE and Others v. BURNS BROTHERS, Impleaded, etc. (Second Action.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

In the Matter of the Claim of N. PETER RATHVON, as Trustee in Bankruptcy of PICK BARTH HOLDING CORPORATION, against HENRY BROAD and Others. In the Matter of the General Assignment for the Benefit of Creditors of C. & L. ST. REGIS COMMISSARY CORPORATION to HENRY BROAD and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ETHEL L. LOWENTHAL v. HENRY LOWENTHAL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SARA GREENBAUM v. ISIDORE GREENBAUM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

CATALDO D'ORIA, as Administrator, etc., of PASQUALE QUERCIA, Deceased, v. ROBERT W. BRIGGS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the